| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | Alexander Carlson | Telephone: (313) 450-2590 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Juan Gabriel ESCOBEDO-GRANCIANO

Case No.

Case: 2:26−mj−30432
Assigned To : Unassigned
Assign. Date : 7/17/2026
Description: RE: JUAN GABRIEL
ESCOBEDO−GRANCIANO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ July 15, 2026 ___ in the county of ___ Washtenaw ___ in the ___ Eastern ___ District of ___ Michigan ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Carlson, U.S. Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ July 16, 2026 ___

City and state: ___ Detroit, MI ___

_____
*Judge's signature*

Honorable David R. Grand, U.S. Magistrate Judge
_____
*Printed name and title*

Affidavit

I, Alexander Carlson, declare the following under penalty of perjury:

1.      I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Juan Gabriel ESCOBEDO-GRANCIANO, a native and citizen of Mexico.

2.      This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for ESCOBEDO-GRANCIANO, for a violation of 8 U.S.C. § 1326(a), unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.

3.      On or about October 23, 2002, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Douglas, Arizona. ESCOBEDO-GRANCIANO was processed as a Voluntary Return.

4.      On or about October 25, 2002, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Naco, Arizona. ESCOBEDO-GRANCIANO was processed as a Voluntary Return.

1

5.     On or about October 25, 2002, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Naco, Arizona. ESCOBEDO-GRANCIANO was processed as a Voluntary Return.

6.     On or about May 20, 2004, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Naco, Arizona. ESCOBEDO-GRANCIANO was processed as a Voluntary Return.

7.     On or about November 21, 2007, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Naco, Arizona. ESCOBEDO-GRANCIANO was processed as a Voluntary Return.

8.     On or about November 23, 2007, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Naco, Arizona. ESCOBEDO-GRANCIANO was processed as a Voluntary Return.

9.     On or about November 25, 2007, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents in or near Benson, Arizona. ESCOBEDO-GRANCIANO was processed as a Warrant of Arrest / Notice to Appear.

10.     On or about November 26, 2007, ESCOBEDO-GRANCIANO was ordered removed by an Immigration Judge in Tucson, Arizona.

11.     On or about November 26, 2007, ESCOBEDO-GRANCIANO was removed from the United States to Mexico through Nogales, Arizona.

2

12. On or about January 6, 2008, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents near Sasabe, Arizona, and processed as an Expedited Removal. On or about January 7, 2008, ESCOBEDO-GRANCIANO was removed to Mexico through Nogales, Arizona.

13. On or about August 24, 2016, ESCOBEDO-GRANCIANO was encountered by United States Border Patrol Agents near Zapata, Texas, and processed as a Reinstatement of Deport Order. ESCOBEDO-GRANCIANO was removed to Mexico through Laredo, Texas, the same day.

14. On or about July 15, 2026, Border Patrol Agents assigned to the Detroit Sector Targeting Unit encountered ESCOBEDO-GRANCIANO during a targeted enforcement action in the City of Ypsilanti, in the Eastern District of Michigan.

15. Border Patrol Agents approached ESCOBEDO-GRANCIANO and identified themselves as a United States Border Patrol Agents and conducted an immigration inspection. ESCOBEDO-GRANCIANO admitted to being a native and citizen of Mexico without valid immigration documents allowing him to be in, pass through, or remain in the United States. ESCOBEDO-GRANCIANO was placed under arrest and transported to the Gibraltar Border Patrol Station for further processing.

3

16. While at the Gibraltar Border Patrol Station, agents captured ESCOBEDO-GRANCIANO's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that ESCOBEDO-GRANCIANO is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his August 24, 2016, removal.

17. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

18. Review of the Alien File (A# XXX XXX 975) for ESCOBEDO-GRANCIANO, and queries in U.S. Department of Homeland Security databases confirm no record exists of ESCOBEDO-GRANCIANO obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on August 24, 2016.

19. Based on the above information, there is probable cause to conclude that on or about July 15, 2026, in the Eastern District of Michigan, Southern

4

Division, Juan Gabriel ESCOBEDO-GRANCIANO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 24, 2016, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Alexander Carlson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

July 16, 2026

5